UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Chris Bussell**,            ) | |
|                               ) | Case No. 1:10-cv-967 |
| Plaintiff,       ) | |
|                               ) | Hon. Robert Holmes Bell |
| v.                            ) | |
|                               ) | |
| **Firstsource Financial Solutions,** ) | |
| **LLC**, a Delaware limited liability ) | |
| company,                      ) | |
|                               ) | |
| Defendant.   ) | |
| _____) | |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Chris Bussell, through her attorney of record, and defendant Firstsource Financial Solutions, LLC, through its attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this lawsuit as to all parties and with prejudice.

Dated: December 23, 2010        /s/ Phillip C. Rogers
                                Phillip C. Rogers (P34356)
                                Attorney for Plaintiff
                                40 Pearl Street, N.W., Suite 336
                                Grand Rapids, Michigan 49503-3026
                                (616) 776-1176
                                ConsumerLawyer@aol.com

Dated: December 23, 2010        /s/ Randall J. Groendyk
                                Randall J. Groendyk (P37196)
                                Varnum, Riddering, Schmidt & Howlett LLP
                                Attorneys for Defendant
                                Bridgewater Place, P.O. Box 352
                                Grand Rapids, Michigan 49501-0352
                                (616) 336-6000
                                rjgroendyk@varnumlaw.com