UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIS BUSSELL,

          Plaintiff,

CASE NO. 1:10-CV-967

HON. ROBERT HOLMES BELL

v.

FIRSTSOURCE FINANCIAL
SOLUTIONS, LLC,

          Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation filed by the parties (docket # 8), this matter is hereby **DISMISSED.**

DATED: December 23, 2010

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE